# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KEITH WAYNE ROBERTSON** | **CIVIL ACTION NO. 24-0275** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN NOLEN BASS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, together with the Objection [Doc. No. 18] filed by Keith Wayne Robertson ("Plaintiff") with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims [Doc. Nos. 1, 7, 15, 16] are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 4th day of June 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**