**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KEITH WAYNE ROBERTSON #514621** | **CASE NO. 3:24-CV-00275 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 54], together with the written objections thereto filed with this Court [Doc. No. 55], and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Summary Judgment [Doc. No. 43] is **DENIED** and Defendants' Motion for Summary Judgment [Doc. No. 45] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants be **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of September, 2026.

Terry A. Doughty
United States District Judge